In the Matter of the Claim of TIMOTHY MURPHY, Appellant, against DWIGHT WIMAN et al., Respondents. STATE INDUSTRIAL BOARD, Respondent.—

All concur.